# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 21, 2013

## NO. 03-13-00293-CV

### T. W. and C. N., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

## APPEAL FROM 423RD DISTRICT COURT OF BASTROP COUNTY
## BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's order: **IT IS THEREFORE** considered, adjudged and ordered that the order of the trial court is in all things affirmed. It **FURTHER** appearing to the Court that appellants have filed affidavits of inability to pay costs, it is **FURTHER** ordered that no costs of appeal are assessed against appellants; and that this decision be certified below for observance.